Michael J. Van Leeuwen
4547 South Abinadi Road
Salt Lake City, UT, 84124
Tele: (801) 414-6857
mike@equitynowamerica.com

*Pro-Se*

FILED
U.S. DISTRICT COURT
2015 JAN 26 P 1: 15
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL J. VAN LEEUWEN, an individual,<br><br>Plaintiff.<br><br>vs.<br><br>BANK OF AMERICA, N. A. et al.,<br><br>Defendants. | **NOTICE OF DISMISSAL**<br><br><br>Case: 2:14-cv-00496-CW-PMW<br><br>Judge Clark Waddoups |

**COMES NOW,** Michael J. Van Leeuwen ("Plaintiff"), acting Pro-Se and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby submits his Notice of Dismissal, dismissing all his claims against Bank of America, N. A., in the above-captioned matter without prejudice.

DATED this 23rd day of January, 2015

_____
Michael J. Van Leeuwen
*Plaintiff-Pro-Se*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the ___23rd___ day of January, 2015, I served by U.S. Mail, postage prepaid, and or fax, a true and correct copy of the foregoing to the following:

BANK OF AMERICA, N.A.
c/o
Chandler P. Thompson
Jeffrey Rasmussen
**AKERMAN LLP**
170 South Main Street, Suite 950
Salt Lake City, UT 84101-1648

Armand J. Howell
c/o MATHESON & HOWELL PC
648 East First South
Salt Lake City, UT 84102

MATHESON & HOWELL PC
648 East First South
Salt Lake City, UT 84102

_____
Michael J. Van Leeuwen
*Plaintiff-Pro-Se*

2